IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **LEE REDDIX** | **PLAINTIFF** |
| **v.** Case No. **2:17-cv-00029 KGB** | |
| **ARKANSAS DEPARTMENT OF WORKFORCE SERVICES** | **DEFENDANT** |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants defendant Arkansas Department of Workforce Services' motion for summary judgment against Plaintiff Lee Reddix (Dkt. No. 10). Mr. Reddix's claims are dismissed with prejudice.

So adjudged this 31st day of March, 2019.

_____
Kristine G. Baker
United States District Judge